**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02458-REB-KMT | Date: | November 7, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY   Andy Winston
COMMISSION,   Iris Halpren

   Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,   Heather Vickles
INC.,

   Defendant.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**1:33 p.m.**   **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:**   **Joint Motion for Leave to Withdraw Affidavits and Submit Additional Stipulated Evidence Relevant to EEOC's Motion to Compel (Doc. 37) [72] is GRANTED.**

**ORDERED:**   **Joint Motion for Leave to Submit Supplemental Evidence [73] is GRANTED.**

**ORDERED:**   **Joint Motion for Leave to Submit Supplemental Evidence [74] is GRANTED.**

Discussion regarding Plaintiff EEOC's Motion to Compel [37], relevant comparator information, leave of absence policy, FMLA and short term disability files, limiting scope of requests to Frank Romero's location 820, and submission of disability paperwork by Ms. Ferris.

**ORDERED:**   Plaintiff EEOC's Motion to Compel [37] is GRANTED, as to the narrowed scope discussed on record.  Defendant is directed to produce files from the Tejon location including the electronic FMLA log, FMLA files,  and weekly disability files for all persons who have taken FMLA leave or leave captured in the weekly disability files for their own serious health condition from November 29, 2008 to December 31, 2010 .  To the extent the weekly disability files overlap with the FMLA file, they shall both be produced .  All files and records should be produced under the protective order and designated as "attorneys eyes only".  The EEOC is directed to notify Dillon Companies if they acquire any files that are related to gene typing, as required under the law.  Defendant is directed to produce files.  All documents should be produced to Plaintiff on or before December 7, 2013.

Discussion regarding Kelly Ferris' work history, front pay and back pay issues, SSDI application, tax return documents, compensatory and putative damages, admissibility and estoppel issues,

Ms. Halpren states Plaintiff is seeking four and a half months of back pay for 2010.

**ORDERED:**   **Defendant's Motion to Compel Discovery Responses [33] is GRANTED IN PART AND DENIED IN PART.  The motion is granted as to request for production 9.  Plaintiff is directed to produce tax return documents for 2010.  The motion is denied without prejudice as to interrogatory 3 and denied as to interrogatory 4, as stated on record.**

Discussion regarding extending discovery dates.

**ORDERED**:   **Joint Motion for Leave to Amend the Scheduling Order and to Vacate Current Trial Setting and Re-Set Trial [62] is GRANTED IN PART.  The Court RECOMMENDS District Judge Blackburn to vacate the current trial and Final Pretrial/Trial Preparation Conference settings and reset to a date consistent with the availability of his calendar and the dates agreed upon by the Court and the parties.**

**Subject to District Judge Blackburn's agreement to continuation of the currently set trial date, the following deadlines will be applicable:**

| | |
|---|---|
| **Affirmative Expert Disclosures:** | **February 28, 2014** |
| **Rebuttal Expert Disclosures:** | **March 31, 2014** |
| **Discovery Cut-off:** | **April 30, 2014** |
| **Dispositive Motions:** | **May 30, 2014** |

**3:36 p.m.**   Court in recess.

Hearing concluded.
Total in-court time    02:03

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.