### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 12-cv-02458-REB-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter is before me on that portion of the oral recommendation of United States magistrate judge [#77][1] entered November 7, 2013, which grants in part the parties' **Joint Motion for Leave To Amend the Scheduling Order and To Vacate Current Trial Setting and Re-set Trial** [#60][2] filed under restriction September 27, 2013. I approve and adopt the relevant portion of the oral recommendation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the portion of the oral **Recommendation of United States Magistrate Judge** [#77], entered November 7, 2013, which grants in part the parties' **Joint Motion for Leave To Amend the Scheduling Order and To Vacate Current Trial Setting**

---

[1] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] [#62] is the public entry for [#60].

**and Re-set Trial** is **APPROVED AND ADOPTED** as an order of this court;

2. That the combined **Trial Preparation Conference and Final Pretrial Conference** set February 28, 2014, and the jury trial set to commence March 17, 2014, are **VACATED** and **CONTINUED** pending further order of court;

3. That the deadlines for affirmative expert disclosures, rebuttal expert disclosures, discovery cut-off, and dispositive motions **ARE** as set in the **Courtroom Minutes** reciting the oral recommendation, *see* Courtroom Minutes at 2;

4. That on **November 21, 2013**, commencing at 10:00 a.m., MST, the court shall conduct a telephonic setting conference to reset the combined **Trial Preparation Conference and Final Pretrial Conference** and jury trial in this matter; and

5. That counsel for the plaintiff **SHALL ARRANGE**, **INITIATE**, and **COORDINATE** the conference call to the chambers of Judge Robert E. Blackburn (303) 335-2350 on November 21, 2013, at 10:00 a.m., MST.

Dated November 13, 2013, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge