**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02458-REB-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice Subject To Terms of Settlement Agreement** [#85][1] filed January 16, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice Subject To Terms of Settlement Agreement** [#85] filed January 16, 2014, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set August 8, 2014, are **VACATED**;

3. That the jury trial set to commence August 25, 2014, is **VACATED**;

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That any pending motion is **DENIED** as moot; and

5.   That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 16, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge